# E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAROLINE GUZZETTA ALLEN         )
                                )   C 07 4711
            Plaintiff,          )   CASE NO. _____
                                )
    vs.                         )   APPLICATION TO PROCEED
                                )   IN FORMA PAUPERIS
SAN QUENTIN STATE PRISON        )
                                )
            Defendant.          )
_____)

I, __Caroline G. Allen__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        self ✓  Yes ___  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:  This year to date:

Gross: ___35,000___   Net: ___15,000___

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)              - 1 -

1 | and wages per month which you received.
2 |   No wages received
3 |
4 |
5 | 2.    Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.    Business, Profession or                  Yes ____ No x____
8 |          self employment?
9 |     b.    Income from stocks, bonds,          Yes ____ No x____
10 |          or royalties?
11 |     c.    Rent payments? (no gross payments)  Yes ____ No x____
12 |     d.    Pensions, annuities, or                  Yes ____ No x____
13 |          life insurance payments?
14 |     e.    Federal or State welfare payments,    Yes ____ No x____
15 |          Social Security or other govern-
16 |          ment source?                                                x
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 |
20 |
21 | 3.    Are you married?                             Yes ____ No x____
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support:$ ____none____
27 |     b.    List the persons other than your spouse who are dependent upon you for support
28 |          and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)        - 2 -

1        children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   None

3

4   5.    Do you own or are you buying a home?    as per Marital Settlement Agreement  Yes _x_ No ___

5   Estimated Market Value: $ 100,000     Amount of Mortgage: $ 3200.00/mo.

6   6.    Do you own an automobile?    Yes _x_ No ___

7   Make _1994 Volvo_   Year _____   Model _Turbo_

8   Is it financed? Yes ___ No _x_ If so, Total due: $ _____

9   Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes _x_ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _Bank Of America_

12   _Pierce and Chestnut Streets_

13   Present balance(s): $ _500_

14   Do you own any cash? Yes ___ No _x_ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes _x_ No ___

17   _I have/retirement: various SEP IRAS in the approx. amount of $100,000_

18   8.    What are your monthly expenses?  Cannot be touched without paying a penalty

19   Rent: $ _____   Utilities: _1,000_

20   Food: $ _$ 1,000_   Clothing: _350_

21   Charge Accounts:

22

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Citi Mastercard | $ various | $ none |
| Macys | $ various | $ none |

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   No

Form-Intake 3 (Rev. 4/05)     - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August        , 2007            /s/ Caroline Allen
DATE                            Caroline Guzzetta Allen
                                SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)       - 4 -