IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE G. ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN QUENTIN STATE PRISON,<br><br>        Defendant.                   / | No. 07-04711 CW<br><br>ORDER OF<br>DISMISSAL |

   On November 11, 2007, the Court issued an Order Re Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> wherein the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> was denied, and the filing fee of $350.00 was to be paid no later than December 1, 2007.  Failure to pay the filing fee by that date would result in dismissal of the action without prejudice.  The time to pay the filing fee has passed, and Plaintiff has not paid the $350.00 fee.  Accordingly,

   IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute.

    12/17/07                                    /s/ Claudia Wilken
Dated  _____            _____
                                   CLAUDIA WILKEN
                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROLINE G. ALLEN,

        Plaintiff,

v.

SAN QUENTIN STATE PRISON et al,

        Defendant.

Case Number: CV07-04711 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Caroline Guzzetta Allen
2820 Baker Street
San Francisco, CA 94123

Dated: December 17, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2